PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:23-po-00175-CKD |
| --- | --- | --- |
| Plaintiff, | ) ) ) | ORDER TO DISMISS AND VACATE CONTROL DATE |
| v. | ) ) | |
| MIKHAIL SHULYAK, | ) ) | DATE: September 19, 2024 TIME: 10:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:23-po-00175-CKD is GRANTED.

It is further ordered that the control date scheduled on September 19, 2024, is vacated.

IT IS SO ORDERED.

Dated: September 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE